took no part in the consideration or decision of these applications. *William E. Leahy* and *Nicholas J. Chase* for petitioner in No. 1211. *Wm. B. O'Connell* for petitioner in No. 1235. *Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States. Reported below: 81 U. S. App. D. C. 389, 160 F. 2d 229.

No. 1234. HELFEND *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR. June 2, 1947. Creedon, Housing Expediter, substituted as the party respondent. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Hiram T. Kellogg* for petitioner. *Acting Solicitor General Washington, Edwin D. Dupree, Jr., Charles P. Liff* and *Philip Travis* for respondent.

No. 1271. P. DOUGHERTY Co. *v.* COMMISSIONER OF INTERNAL REVENUE. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Theodore B. Benson* for petitioner. *Acting Solicitor General Washington, Sewall Key, Lee A. Jackson* and *L. W. Post* for respondent.

No. 1296. HOPKINS *v.* COMMISSIONER OF INTERNAL REVENUE. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *David A. Gaskill* and *Glen O. Smith* for petitioner. *Acting Solicitor General Washington, Sewall Key, Lee A. Jackson* and *Harry Baum* for respondent.